UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 21-06435 |
| LATRIKA JENKINS, | ) | **Hon. A. Benjamin Goldgar** |
| | ) | **Hearing Date: July 19, 2021** |
| Debtor. | ) | **Time: 9:30 a.m.** |

**Notice of Motion**

PLEASE TAKE NOTICE that on **July 19, 2021 at 9:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear **telephonically** before the **Honorable A. Benjamin Goldgar** and present the **Chapter 7 Trustee's Motion to Dismiss Debtor with Notice**, a true and correct copy of which is attached hereto and hereby served upon you.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in Court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the Meeting ID and password.

**To appear by telephone**, call Zoom for Government at **1-669-254-5252** or **1-646-828-7666**. Then enter the Meeting ID and password.

**Meeting ID and password.** The Meeting ID for this hearing is **161 500 0972** and the password is **726993**. The Meeting ID and password can also be found on the Judge's page on the Court's web site.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1314
CHICAGO IL 60603
(312) 346-1935

JenkinsMtnDismissDschrgDenied

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 21-06435 |
| LATRIKA JENKINS, | ) | **Hon. A. Benjamin Goldgar** |
| | ) | **Hearing Date: July 19, 2021** |
| Debtor. | ) | **Time: 9:30 a.m.** |

**Chapter 7 Trustee's Motion to Dismiss**

NOW COMES Steven R. Radtke, Trustee, and moves this Court to dismiss the above-captioned Chapter 7 case and in support states as follows:

1. The debtor, Latrika Jenkins (Debtor"), filed the instant voluntary petition for relief under Chapter 7 of the Bankruptcy Code on May 18, 2021 (the "Petition Date").

2. The initial 341 meeting of creditors was scheduled in the case on June 15, 2021. The Debtor failed to appear.

3. On June 7, 2021, pursuant to the United States Trustee's motion, the court entered an order denying Debtor's discharge because the Debtor was granted a discharge in a case commenced within eight years before the filing of the petition in the instant case. (dkt. # 14)

4. Further, Debtor failed to provide the Trustee with a copy of her Federal tax return for the most recent tax year ending immediately before the commencement of the case as required under Section 521(e)(2(A)(i) of the Bankruptcy Code.

WHEREFORE, the Trustee respectfully requests that this Court enter an order dismissal for the reasons set forth in this motion.

Respectfully submitted,

Steven R. Radtke, Trustee, as trustee of the
Bankruptcy Estate of Latrika Jenkins, Debtor

By: /s/ Steven R. Radtke

Steven R. Radtke, Trustee (#0312-4816)
CHILL, CHILL & RADTKE, P.C.
79 West Monroe Street, Suite 1314
Chicago IL 60603
(312) 346-1935
JenkinsMtnDismissDschrgDenied