UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  21-06435 |
| LATRIKA JENKINS, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO DISMISS

THIS matter coming to be heard on the trustee's motion to dismiss, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted. The case is dismissed.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: July 19, 2021

**Prepared by:**

Steven R. Radtke (#0312-4816)
Chill, Chill & Radtke, P.C.
79 West Monroe Street
Suite 1314
Chicago, IL 60603
(312) 346-1935